

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant has submitted written proof to this court that the reporter's record has been designated and requested, and that he is indigent and thus entitled to a free record on appeal. Accordingly, the portion of the reporter's record to be prepared by court reporter Lisa J. Ramos is due *within thirty (30) days* from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court